# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3402

_____

In re: Cindy Foster

*Debtor*

------------------------------

John A. Larson, III

*Appellant*

v.

Cindy Foster; Bruce L. Stephens

*Appellee*s

_____

Appeal from the United States Bankruptcy
Appellate Panel for the Eighth Circuit

_____

Submitted: April 30, 2015
Filed: May 11, 2015
[Unpublished]

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John Larson, III, appeals the bankruptcy appellate panel's[1] order, in which it affirmed the bankruptcy court's[2] order dismissing his adversary proceeding and denying him derivative standing. After careful review, see In re Racing Servs., Inc., 540 F.3d 892, 901 (8th Cir. 2008), we reject Larson's legal arguments and affirm the decision of the bankruptcy court, see 8th Cir. R. 47B.

———————————————————

[1]The Honorable Robert J. Kressel, Thomas L. Saladino, and Anita L. Shodeen, United States Bankruptcy Judges for the Bankruptcy Appellate Panel for the Eighth Circuit.

[2]The Honorable Kathy A. Suratt-States, Chief Judge, United States Bankruptcy Court for the Eastern District of Missouri.